UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

Plaintiff,

v.

PRESIDENT DONALD TRUMP,

Defendant.

No. 2:25-cv-02986-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO APPOINT COUNSEL AS MOOT

(Doc. Nos. 9, 10)

Plaintiff Armando Rodriguez, a state prisoner proceeding *pro se* and *in forma pauperis* filed this civil case against President Donald Trump for actions he has taken in his official capacity while in office. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's complaint be dismissed without leave to amend because President Trump is entitled to absolute immunity for official actions he has taken in office. (Doc. No. 9.) The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 3.)

Plaintiff did not file timely objections to the magistrate judge's findings and

1

recommendations. On January 5, 2026, Plaintiff filed a motion to appoint counsel. (Doc. No. 10.) That same day, Plaintiff filed a document titled "order to show cause for an [sic] preliminary injunction and a temporary restraining order.  (Doc. No. 11.) Plaintiff did not file an accompanying motion related to the proposed order. Plaintiff has not provided a basis upon which to reject the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.    The findings and recommendations filed on December 19, 2025 (Doc. No. 9) are ADOPTED in full;

2.    Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend;

3.    Plaintiff's motion to appoint counsel (Doc. No. 10) is DENIED as moot; and

4.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

Dena Coggins
United States District Judge

2